**SEALED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-MJ-00124-SMM**

FILED BY_____MB_____D.C.

*Nov 15, 2023*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

BERNARD JEROME DAVIS, et al.

          Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ Carmen M. Lineberger*
       Carmen M. Lineberger, Court ID A5501180
       Assistant United States Attorney
       Carmen.Lineberger@usdoj.gov
       United States Attorney's Office
       101 South US Highway 1, Suite 3100
       Fort Pierce, Florida 34950
       Telephone: 772-466-0899

AO 91 (Rev. 11/11)  Criminal Complaint    **SEALED**    AUSA Carmen M. Lineberger

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida



| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| BERNARD JEROME DAVIS III, | ) | |
| JAMAL TRAYVON BROWN WEATHERS, and | ) | 23-MJ-00124-SMM |
| JALEN DENNIS ELLIOTT. | ) | |
|  | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED BY_____MB_____D.C.

Nov 15, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Nov 19, 2022; May 12, Aug. 1, Oct 11, and Oct. 21, 2023  in the county of  St. Lucie and Miami-Dade  in the
____Southern____ District of ____Florida____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Postal/U.S. Property Robbery; |
| 18 U.S.C. § 2114 | Armed Postal/U.S. Property Robbery; |
| 18 U.S.C. §1704 | Illegal Theft/Possession of a U.S Postal Service Arrow Key; and |
| 18 U.S.C. § 924(c)(1)(A)(ii). | Use or Carrying a Firearm During and in Relation to, or Possesses a Firearm in Furtherance of a Crime of Violence. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____Meaghan Brown_____
Deputy Clerk
Date___Nov 15, 2023___

☑ Continued on the attached sheet.

_____
*Complainant's signature*

NORYS M. RAMOS, Special Agent, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  November 14, 2023

_____
*Judge's signature*

City and state:     Fort Pierce, Florida     Shaniek Mills Maynard , U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF
NORYS M. RAMOS, U.S. POSTAL INSPECTOR
UNITED STATES POSTAL INSPECTION SERVICE (USPIS)
IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, NORYS M. RAMOS, being first duly sworn, depose and state as follows:

## Introduction

1.      I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"). I have served in this role since 2019. I am currently assigned to the Miami Division's Mail Theft/Violent Crimes Team. In this capacity, I investigate various crimes involving the United States Postal Service ("USPS"), including mail theft and robberies of USPS mail carriers. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).

2.      This affidavit is submitted in support of a criminal complaint charging JAMAL TRAYVON BROWN (BROWN), BERNARD JEROME DAVIS (DAVIS) and JALEN DENNIS ELLIOT (ELLIOT) with Conspiracy to Commit Postal/U.S. Property Robbery, in violation of Title 18 U.S.C. Sections 371 and 2114(a); Armed Postal/U.S. Property Robbery, in violation of Title 18 U.S.C. Section 2114(a); the Illegal Theft/Possession of a U.S Postal Service Arrow Key, in violation of Title 18, U.S.C. 1704; and Use or Carrying a Firearm During and in Relation to, or Possesses a Firearm in Furtherance of, a "Crime of Violence," in violation of Title 18, U.S.C. Section 924 (c).

3.      This affidavit is based on my personal knowledge and investigation by others, including local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conducting surveillance as well as examining documents and evidence obtained during this investigation.

4.      As the affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth those facts and information which I believe are sufficient to establish probable cause.

## PROBABLE CAUSE

### November 19, 2022- Port St. Lucie, St. Lucie County, Florida

5.      On November 19, 2022, at approximately 4:45pm, a U.S. Postal Letter Carrier was delivering mail at 2033 SE Lennard Road Port Saint Lucie, St Lucie County, Florida, when an unknown individual approached with a firearm, demanded and took the Postal Arrow Key from the Letter Carrier. According to the Letter Carrier, the subject approached stating, "Give me the key". At which time the Carrier stated, "Are you serious?" The individual then brandished a handgun and demanded, "Give me the fucking key, you got five seconds".

6.      According to the Letter Carrier, the individual was a black male, approximately 5'7" to 5'9" tall and between his late teens to early 20s. The individual wore a black hoodie pulled up over his head with gold stitching on the left side of his chest. The weapon used was described as a brick red and gray firearm. Investigators obtained surveillance camera footage from the Grove Park Apartments Homeowner's Association, which showed the robbery suspect.

7.      In addition to showing the full head to toe view of the robbery suspect, the Grove Park Apartments Homeowner's Association surveillance camera footage also captured the vehicle used in the robbery, a silver Ford Focus, bearing Florida tag # NZWA16. The vehicle was registered to C. R., who resided in the 2400 block of Valencia Avenue, Fort Pierce, Florida.

8.      On November 20, 2022, the suspect vehicle was located at C. R.'s residence, where at approximately 11:00pm, U.S. Postal Inspectors interviewed C. R.  C. R was advised that her

2

vehicle was identified as the suspect vehicle, used in the robbery of a Letter Carrier, for a U.S. Postal arrow key. C.R. claimed that she was away, in Orlando, Florida, the day prior, and left her vehicle in charge of her children, two juveniles and an older son, Jamal BROWN. C.R was shown a still picture of the robbery suspect. She indicated the photograph **could** be her son, but she could not be certain. She confirmed that the still photograph had the same physical characteristics (size and shape) as her son, and that her son has the same black and white lettering jacket, depicted in the photograph.

9.      On December 5, 2022, U.S. Postal Inspectors met with the Port St. Lucie Letter Carrier, who was the victim of the robbery. The Letter Carrier was provided with a six person photograph array of black males, similar in appearance to the suspect. Prior to handing the six-pack to the Letter Carrier, he/she was advised that the person that committed the robbery might not be among the men presented in the array. The Letter Carrier positively identified BROWN as the assailant.

**May 12, 2023- Melbourne, Brevard County, Florida**
**May 12, 2023- Orlando, Orange County, Florida**

10.      On May 12, 2023, at approximately 12:13pm, a U.S. Postal Letter Carrier was delivering mail at 6015 Farcenda Place, Melbourne, Brevard County, Florida when an unknown individual, wearing a grey hoodie and a ski mask, approached with a black firearm, and demanded the Postal Arrow Key from the Letter Carrier. Once the Letter Carrier handed the Postal Arrow Key to the individual, the individual entered the passenger side of a silver Nissan sedan, bearing a dark blue vanity tag with partial tag of "PLR," according to the Letter Carrier.

11.      On the same date, at approximately 1:30pm, a U.S. Postal Letter Carrier was delivering mail at the 2100 block of Allegheny Court, Orlando, Orange County, Florida, when the Letter Carrier noticed that a silver Nissan sedan was driving towards him/her, as he/she was

crossing the street, making a delivery. When the silver Nissan sedan stopped behind the postal vehicle, the Letter Carrier saw an unknown male, wearing sunglasses, get out the driver's side, with a firearm in his hand. The individual approached and grabbed the Letter Carrier by the shirt collar, demanding that the Letter Carrier give him his Postal Arrow Key. The Letter Carrier immediately complied and removed the Arrow Key from the belt loop and gave it to the individual. The male then ran back to the silver Nissan sedan, bearing Florida tag # "PLR9A" and drove off. The Letter Carrier was able to write the vehicles license plate, but was unable to provide a description of the individual, due to focusing on the firearm.

12.     According to Florida DMV records, the Florida tag # "PLR9A" was registered to a silver 2019 Nissan Altima with a Ft. Pierce, Florida registered owner. An Orange County Sheriff's Office (OCSO) Sergeant contacted the registered owner who advised that the Nissan Altima was being utilized as a rental vehicle for private clients and/or customers including. The registered owner kept records of the renters and stated that the car was rented by "Bernard DAVIS" and texted a photo of the Florida Driver's License, belonging to DAVIS.

13.     The registered owner of the 2019 Nissan Altima also advised that vehicle was equipped with an Apple Airtag[1], which provided the vehicle location information. The vehicle owner supplied the coordinates and location of the vehicle, which showed that, the Apple Airtag noted that the vehicle had traveled south on the Turnpike, somewhere in the Okeechobee, Florida area. At approximately 4:30pm, the vehicle was entering the City of Ft. Pierce, Florida.

14.     This information was provided to several Florida law enforcement agencies. Later, on May 12, 2023, St. Lucie County Sheriff's Office (SLCSO) deputies, who received the BOLO

---

[1]   According to Apple, an AirTag sends out a secure Bluetooth signal, and is detectable by nearby devices in the Find My network. These devices send the location of your AirTag to iCloud — then one can go to the Find My app and see it on a map. https://www.apple.com/airtag/

4

information regarding the Orange and Brevard County robberies, observed the 2019 Nissan Altima parked at Popeye's Restaurant, located at 107 South 25th Street, Ft. Pierce, St. Lucie County, Florida. Deputies observed three black males walking into the Popeye's Restaurant, from the vehicle. The males were later. DAVIS was the driver of the 2019 Nissan Altima, with BROWN in the front passenger seat, and a juvenile, R.C.D. in the passenger side backseat.

15.     DAVIS possessed the keys to the silver 2019 Nissan Altima, bearing Florida Specialty Tag PLR9A, in his pocket. Deputies conducted a search of the vehicle and located Postal Arrow Key 913591, stolen in Orlando, in the center console the stolen Orlando, Florida. The Postal Arrow Key, stolen in the Melbourne robbery was not located.

16.     All three subjects refused to speak with law enforcement regarding the Orlando & Melbourne robberies. All three subjects were arrested on state charges of Robbery with a Firearm warrant issued by the Orange County Sheriff's Office. Incident to arrest, law Enforcement obtained cell phones from each of the suspects.

17.     After being notified of the above information, Postal Inspectors responded to the Popeye's Restaurant located at 107 South 25th Street, Ft. Pierce, St. Lucie County, Florida. Read Brown his Miranda warnings and questioned BROWN regarding the November 19, 2022, Port Saint Lucie Letter Carrier. BROWN claimed he had nothing to do with that robbery.

### August 1, 2023- Fort Pierce, St. Lucie County, Florida

18.     On August 1, 2023, at approximately 11:03am, a U.S. Postal Letter Carrier was delivering mail at 204 North 41st Street Fort Pierce, St. Lucie County, Florida, when a white Pontiac Grand Prix parked behind the U.S. Postal vehicle. The Letter Carrier observed, by looking at each of her side mirrors, an individual, wearing a black mask, exit the white Pontiac, carrying a

5

gun and walking up towards the Postal vehicle. Believing that this was about to be a robbery, the Letter Carrier quickly drove away from the area.

19. On August 1, 2023, at approximately 11:33am, a white Pontiac Grand Prix, bearing a license plate of 7DY4706 and VIN: 2G2WP522X51145029 was found parked, unoccupied, in a residential parking lot located at 2901 Avenue D, Fort Pierce St. Lucie County, Florida. Because the license plate was framed up with duct tape, at the time, it was unknown from which state the license plate was issued. A check of the vehicle's VIN number revealed the registered owner resides in Fort Pierce, St. Lucie County, Florida. Law Enforcement contacted with persons who were familiar with the registered owner, who advised that he moved to Canada and no further contact information was made available.

20. SLCSO deputies attempted to make further contact with the registered owner but were also told that he had moved to Canada and no further contact information was available.

21. On August 1, 2023, at approximately 11:53am, while SLCSO where still on scene near the white Pontiac Grand Prix, an Uber driver approached the deputies, and provided information that he picked up an Uber fare at 2908 Dunbar Street, in Fort Pierce, and drove him to the vicinity of 409 N Concord Drive, in Port St Lucie, Florida. The driver recalled that the male appeared nervous and would duck down every time they drove past a police car. The property 2908 Dunbar Street is directly behind the apartments where deputies found the white Pontiac Grand Prix. A subsequent search of the Uber driver's records, showed that the account that ordered that Dunbar Street Uber pick up the morning of August 1, 2023,.belonged to DAVIS.

**October 11, 2023- Fort Pierce, St. Lucie County, Florida**

6

22.     On October 11, 2023, at approximately 11:15am, a U.S. Postal Letter Carrier was delivering mail at 510 North 19th Street Fort Pierce, St Lucie County, Florida, when an individual approached the driver's side of the vehicle brandishing a handgun and demanding that the Letter carrier to, "Give me the key, give me the key". Once the Letter Carrier handed the Postal Arrow Key to the individual, the individual entered a white vehicle and drove away. The Letter Carrier was so frightened and focused on the handgun, the Letter Carrier could not provide a suspect or vehicle description. The serial number for this particular Postal Arrow Key was 74 24446.

### October 21, 2023- Miami, Miami-Dade County, Florida

22.     On October 21, 2023, at approximately 2:45pm, a U.S. Postal Letter Carrier was delivering mail at 1614 Drexel Avenue, Miami Beach, Miami-Dade County, Florida, and observed a black male in his 20's, approximately 5'6" with a baby afro, wearing a light purple shirt with a rear logo, black pants, and light-colored sneakers standing outside the building doorway.. The male, later identified as DAVIS shouted "give me the keys," while forcibly grabbing a bundle of keys from the Carrier's belt loop, including a Postal Arrow Key bearing serial number 92 52622 and the postal vehicle key. After DAVIS forcibly obtained the keys from the Letter Carrier, the Letter Carrier observed him flee in a waiting black BMW SUV, parked facing the street, in the parking lot of the building where the Letter Carrier was delivering mail. The Letter Carrier stated DAVIS entered the front passenger seat of the waiting black BMW, bearing tag number IQ70BU. A felony vehicle message was entered in the local police system by a Miami Beach Police Department (MBPD) to locate the vehicle used in this robbery.

23.     License Plate Readers ("LPR") recorded some of the movements of the black BMW, bearing tag number IQ70BU on the day of the incident. Specifically, the Vehicle entered Miami Beach at approximately 1:45 PM, and left the Miami Beach area at approximately 2:48

PM, on the day of the robbery. Miami Beach Police Department (MBPD) entered an alert message for the vehicle into a law enforcement database, accessible to all law enforcement personnel.

24.     On October 22, 2023, SLCSO deputies were notified by their License Plate Reader (LPR) that the black BMW SUV was in the Fort Pierce, Florida area. Based on the LPR hit location, a SLCSO deputy was able to locate the vehicle, which fled at a high rate of speed when they tried to stop it. The SLCSO helicopter located the vehicle a few miles from where it was last seen, notified SLSO deputies, maintaining contact with it until suspects were safely in custody. SLCSO deputies responded to the shopping plaza located at SW Cashmere Boulevard and attempted a felony vehicle stop but the passenger of the vehicle, later identified as DAVIS, fled the scene on foot. DAVIS was subsequently arrested by SLCSO. The driver of the vehicle fled the scene and drove to 221 SW Chandler Terrace, Port Saint Lucie, Florida, where he came to a complete stop and was arrested by SLCSO deputies. The driver of the vehicle was later identified as ELLIOT.

25.     Upon reviewing footage of the pursuit collected by the helicopter, SLCSO deputies noted that DAVIS was holding an object in his hand while fleeing. Helicopter video observed DAVIS placing the object underneath a porta-potty, located in the parking lot where he was apprehended. SLCSO deputies returned and searched the area around and under the porta-potty and found two keys wrapped in a clear plastic bag, which were a Postal Arrow Key and another postal key that appeared to open a USPS collection box. Several days later, on October 25, 2023, after properly examining the Postal Arrow Key, it was discovered that the key was etched with serial number 74 24446 which was the key stolen during the October 11, 2023, Fort Pierce robbery.

26.     Postal Inspectors advised both males, separately, of their <u>Miranda</u> warnings. Post Miranda, DAVIS and ELLIOT both confessed to robbing the Postal Letter Carrier for the Postal

8

Arrow Key on October 21, 2023, in Miami Beach. ELLIOT admitted to driving around Miami Beach looking for a Letter Carrier to rob for a Postal Arrow Key. DAVIS admitted to robbing the Letter Carrier to sell the Postal Arrow Key to a friend for $10,000.

27.     During the same interview, Postal Inspectors questioned DAVIS regarding the November 19, 2022 Port St. Lucie robbery.  DAVIS admitted that he waited in the silver Ford Focus while BROWN robbed the Letter Carrier of the Postal Arrow Key.

28.     During the same interview, Postal Inspectors questioned DAVIS regarding the Melbourne and Orlando robberies. DAVIS admitted that both he and BROWN were in the Nissan Altima and DAVIS admitted that he was the individual who robbed the Orlando Letter Carrier, while Jamal BROWN was the individual who robbed the Melbourne Letter Carrier.

29.     During the same interview, Postal Inspectors questioned DAVIS regarding the August 1, 2023, attempted robbery of the Fort Pierce Letter Carrier. DAVIS admitted that he was driving the white Pontiac Grand Prix, but claimed that he was in the area to visit his cousin who resides on North 41st Street in Fort Pierce, Florida. DAVIS denied that he was there to rob the Letter Carrier. When questioned about the white Pontiac Grand Prix and his subsequent Uber ride, DAVIS claimed that he purchased the vehicle on-line and admitted that when realizing police were following him, he abandoned the white Pontiac Grand Prix  and called for an Uber.

30.     During the same interview, Postal Inspectors questioned DAVIS regarding the October 11, 2023 Fort Pierce robbery. DAVIS denied being involved in that robbery. As stated earlier, on October 21, 2023, it was DAVIS that discarded the Postal Arrow Key, etched with serial number 74 24446, stolen during the October 11, 2023, Fort Pierce robbery, under the porty-potty.

31.     During his interview, ELLIOTT also stated that after the Miami Beach robbery, he drove DAVIS to his residence at 2073 SE Lennard Rd apartment 305, Port Saint Lucie, FL 34952 to change clothes.

32.     The Postal Arrow Key is an accountable property assigned to Post Office(s) that is used only by USPS employee(s) in an official capacity. The Postal Arrow Key is used by USPS employee(s) to open any/all mail receptacles within a geographic area to collect and deliver mail.

32.     Through my training and experience as a Postal Inspector, I have learned individuals commit robbery of Letter Carriers for the Arrow Key to gain access to mail receptacles for the purpose of stealing mail in search of cash, checks and money orders. They then fraudulently negotiate these items and/or sell the arrow keys for financial gains. It is illegal to steal or possess a U.S Postal Service Arrow Key.

33.     The November 19, 2022 robbery of the Letter Carrier, at 2033 SE Lennard Road Port Saint Lucie, St Lucie County, Florida, by BROWN, was in the same apartment complex, as the residence of DAVIS.  DAVIS' residence is minutes from Fort Pierce, where all three co-conspirators have frequented. Based on the totality of the circumstances of the aforementioned robberies, there I believe DAVIS' residence served as "home base" for the robbers.

## CONCLUSION

34.     Based upon this investigation and the above stated information, I submit that probable cause exists to believe that Jamal Trayvon BROWN, Bernard Jerome DAVIS and Jalen Dennis ELLIOT committed the crimes of Conspiracy to Commit Postal/U.S. Property Robbery, in violation of Title 18 U.S.C. Sections 371 and 2114(a); Armed Postal/U.S. Property Robbery, in violation of Title 18 U.S.C. Section 2114(a); the Illegal Theft/Possession of a U.S Postal Service

Arrow Key, in violation of Title 18, U.S.C. 1704; and Use or Carrying a Firearm During and in Relation to, or Possesses a Firearm in Furtherance of, a "Crime of Violence," in violation of Title 18, U.S.C. Section 924 (c).

FURTHER YOUR AFFIANT SAYETH NAUGHT

NORYS M. RAMOS
U.S. Postal Inspector
United States Postal Inspection Service

Sworn and attested to me by Applicant by Telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on the ___14th___ day of November 2023.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

11